# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAUL CHAVEZ,<br><br>    Petitioner,<br><br>v.<br><br>VASQUEZ, Warden,<br><br>    Respondent. | No. CV 17-01188-AB (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

IT IS THEREFORE ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

Dated: March 28, 2018

_____
ANDRÉ BIROTTE JR.
United States District Judge