JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| RAUL CHAVEZ, | No. CV 17-01188-AB (DFM) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| VASQUEZ, Warden, | |
| Respondent. | |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: March 28, 2018

ANDRÉ BIROTTE JR.
United States District Judge